UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
*Electronically Filed*

| | |
|---|---|
| **Rhonda Turpin,** | |
| **Plaintiff,** | |
| v. | **Case Number** |
| **31-W Insulation Co., Inc.** | |
| **Defendant.** | |

## Complaint & Jury Demand

1. The Plaintiff, Rhonda Turpin, sues Defendant, 31-W Insulation Co., Inc. pursuant to the American with Disabilities Act (ADA).

2. The Honorable Court has original jurisdiction.

3. Plaintiff resides in Danville, Kentucky.

4. Plaintiff began working for Defendant in February 2015 as a secretary.

5. Plaintiff's primary job duty was answering the phone, paying bills and accounting for the hours worked by contractors.

6. All of the aforementioned activities could reasonably be done remotely.

7. On or about March 27, 2020, Plaintiff could not physically go into work in Nicholasville, Kentucky because of Covid-19.

8. Plaintiff is at high risk of having a severe adverse reaction to Covid-19 because she has suffered from non-Hodgkin's follicular lymphoma.

9. Defendant has known about Plaintiff's health condition and susceptibility to Covid-19 during the entire pandemic.

10. Plaintiff explicitly requested if she could work from home.

11. Defendant flatly rejected the request for an accommodation under the ADA and refused to engage in good faith in finding a reasonable accommodation for Plaintiff.

12. Defendant terminated Plaintiff within 30 days of her request for an accommodation.

13. Venue is appropriate in Lexington, Kentucky because Plaintiff worked for Defendant in Jessamine County, Kentucky.

14. Plaintiff filed her charge of discrimination with the EEOC within 180 days of suffering an adverse employment action. See EEOC Charge Number 474-2020-00879.

15. The EEOC issued Plaintiff a right to sue letter. See EEOC Charge Number 474-2020-00879.

16. This Complaint is filed within 90 days of Plaintiff receiving her right to sue letter from the EEOC.

**Count I – ADA Interference**

17. Plaintiff reincorporates paragraphs 1 through 16 as if fully stated herein.

18. Defendant failed to engage in the interactive process with Plaintiff when she requested an accommodation under the ADA.

19. Plaintiff has a disability as defined by the ADA-AA.

20. Working remotely was a reasonable accommodation.

21. Defendant failed to engage in the interactive process.

22. Defendant was required by the ADA to engage in the interactive process with Plaintiff.

23. Defendant's failure to engage in the ADA interactive process with Plaintiff led to Plaintiff's termination.

Wherefore, Plaintiff demands trial by jury, judgment, back pay, front pay, compensatory damages, punitive damages, attorneys' fees and costs.

### Count II – ADA Discrimination

24. Plaintiff reincorporates paragraphs 1 through 16 as if fully stated herein.

25. Defendant discriminated against Plaintiff because she had a disability.

26. Plaintiff requested a reasonable accommodation.

27. Plaintiff requested a scheduling adjustment under the ADA.

28. Defendant refused to accommodate Plaintiff.

29. Defendant's refusal to accommodate Plaintiff led to her termination.

Wherefore, Plaintiff demands trial by jury, judgment, back pay, front pay, compensatory damages, punitive damages, attorneys' fees and costs.

**Count III – ADA Retaliation**

30. Plaintiff reincorporates paragraphs 1 through 16 as if fully stated herein.

31. Plaintiff engaged in protected activity under the ADA.

32. Defendant terminated Plaintiff because she requested an accommodation under the ADA.

Wherefore, Plaintiff demands trial by jury, judgment, back pay, front pay, compensatory damages, punitive damages, attorneys' fees and costs.

Respectfully submitted this 6th day of October 2021.

                                            /s/ *Bernard R. Mazaheri*
                                            Bernard R. Mazaheri
                                            Christina Thomas Mazaheri
                                            Mazaheri & Mazaheri
                                            2333 Alexandria Dr
                                            Lexington, Kentucky 40504
                                            Tel – (502) 475-8201
                                            Email – bernie@thelaborfirm.com
                                                     christina@thelaborfirm.com