**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | |
|---|---|
| RHONDA TURPIN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 5:21cv00246-DCR |
| | ) |
| 31-W INSULATION CO., INC. | ) |
| | ) |
|     Defendant. | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's Scheduling Order [D.E. 12], the Parties file this Joint Status Report and state as follows:

1.      The Parties have resolved the case in private mediation.

2.      The Parties anticipate filing dismissal papers within 30 days.

Respectfully submitted this 6th day of June, 2022.

                                Respectfully submitted,


                                s/Mark E. Stamelos
                                Mark E. Stamelos (KY Bar 95239)
                                Paige M. Lyle (Admitted Pro Hac)
                                **FORDHARRISON LLP**
                                150 3rd Avenue South
                                Suite 2010
                                Nashville, Tennessee 37201
                                Telephone: (615) 574-6700
                                Facsimile:  (615) 574-6701
                                mstamelos@fordharrison.com
                                plyle@fordharrison.com

                                *Counsel for Defendant*

*s/ Bernard R. Mazaheri (w/permission)*
**Bernard R. Mazaheri**
**Christina Thomas Mazaheri**
Mazaheri & Mazaheri
PO Box 656
Frankfort, Kentucky 40602
Tel - (502) 475-8201
bernie@thelaborfirm.com
christina@thelaborfirm.com

*Counsel for Plaintiff*

WSACTIVELLP:13164916.1

2